93 So.2d 812

### Ex parte Roosevelt FLOWERS.

### 4 Div. 911.

Supreme Court of Alabama.

Jan. 10, 1957.

John C. Walters, Troy, for petitioner.

John Patterson, Atty. Gen., Bernard F. Sykes and George Young, Asst. Attys. Gen., for respondent.

PER CURIAM.

Writ denied.

LIVINGSTON, C. J., and LAWSON, STAKELY and MERRILL, JJ., concur.

90 So.2d 245

### Eugene FULLER

### v.

### STATE.

### I Div. 682.

Supreme Court of Alabama.
Sept. 6, 1956.

Rehearing Denied Nov. 15, 1956.

W. C. Taylor, Mobile, for petitioner.

John Patterson, Atty. Gen., and Owen Bridges, Asst. Atty. Gen., opposed.

SPANN, Justice.

Petition of Eugene Fuller for certiorari to the Court of Appeals to review and re-

vise the judgment and decision of that Court in Fuller v. State, 90 So.2d 244.

Writ denied.

SIMPSON, GOODWYN and MERRILL, JJ., concur.

90 So.2d 926

### Harry W. GAMBLE, Co-trustee,

### v.

### John W. LAPSLEY, Co-trustee, et al.

### 2 Div. 371.

Supreme Court of Alabama.

Sept. 20, 1956.

Harry W. Gamble, Selma, for appellant.

Lapsley & Berry, Selma, and John Patterson, Atty. Gen., and Gordon Madison, Asst. Atty. Gen., for appellees.

PER CURIAM.

Appeal dismissed. Rule 12.